**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (SBN 226112)
Virginia A. Sanderson (SBN 240241)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com
ginny@KBInternetLaw.com

Attorneys for Defendants Mobile Motion, Inc.,
Doron Kim, and E Dating For Free, Inc.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLOBAL DEVELOPMENT STRATEGIES, INC.**, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>**MOBILE MOTION, INC.**, *et al.*,<br><br>Defendants. | Misc. Case No.:_____<br><br>Case No. CV11-01966 CAS (AGRx)<br>Central District of California<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO QUASH THIRD-PARTY SUBPOENAS** |

CASE NO.       **DEFENDANT'S NTC OF MTN. & MTN. TO QUASH THIRD-PARTY SUBPOENAS**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that as soon as this matter may be heard in the above-titled Court of the United States District Court, Eastern District of California, located at 501 "I" Street, Courtroom 5, 14th Floor, Sacramento, California 95814, Mobile Motion, Inc., Doron Kim, and E Dating For Free, Inc., Defendants in the underlying civil action *Global Development Strategies, Inc. et al. v. Mobile Motion et al.*, Case No. CV 11-01966 CAS (AGRx), which is presently pending in the United States District Court for the Central District of California, will move, and do respectfully move, this Court for an order quashing third-party subpoenas that were issued from this Court.

The Court should grant the motion pursuant to Federal Rule of Civil Procedure 45(c)(3) because each of the subpoenas at issue impermissibly seek disclosure of Defendants' confidential and proprietary information, including Defendants' trade secrets.

This motion is based upon this Notice, the memorandum of points and authorities in support of this motion, the Declaration of Karl S. Kronenberger (and exhibits thereto), the Declaration of David Perez, and any other evidence that may be adduced at hearing.

Dated: April 11, 2011             **KRONENBERGER BURGOYNE, LLP**

By: /s/ Karl S. Kronenberger
Karl S. Kronenberger
*Attorney in Charge; admitted pro hac vice*
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158
karl@KBInternetLaw.com

Attorneys for Defendants,
Mobile Motion, Inc., Doron Kim, and E Dating For Free, Inc.

KRONENBERGER BURGOYNE, LLP
150 Post Street, Suite 520
San Francisco, CA 94108
www.KBInternetLaw.com

CASE NO.  1  **DEFENDANT'S NTC OF MTN. & MTN. TO QUASH THIRD-PARTY SUBPOENAS**